UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:
HERMANN JAN VANECK : CHAPTER 7
    DEBTOR : CASE NO. 15-30014
DLJ MORTGAGE CAPITAL INC.
MOVANT : RE: ECF NO. 12
VS
HERMANN JAN VANECK DEBTOR
KARA S. RESCIA, TRUSTEE

ORDER GRANTING DLJ MORTGAGE CAPITAL INC.,
MOTION FOR EQUITABLE RELIEF AND IN REM ORDER

After notice and a hearing on the above-referenced Motion for Relief from Stay, RE: ECF NO. 12:

**IT IS HEREBY ORDERED** that the Automatic Stay of 362(a) in the above-captioned estate is modified to permit DLJ MORTGAGE CAPITAL INC., and/or its successors and assigns to commence and/or continue and prosecute to judgment an ejectment from action and otherwise obtain possession of real property known as **24 Ebony Lane, Essex, CT 06442-1159** in accordance with state law.

**IT IS FURTHER ORDERED** that this Order shall be binding on the Debtor and the record owners of the property for a period of 2 years. The Order shall be binding on and in any subsequent Title 11 filings by any owner/occupant of the property such that the stay shall remain lifted until possession of the property is complete. The Order shall be recorded on the Middletown Land Records. Notice shall be given to such Connecticut state court or judicial authority conducting the Summary Process Trial. Any successors or assigns to the property, by

deed, mortgage, lien or any other recorded instrument shall take such interest subject to this Order.

Dated: February 11, 2015                              BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge