2015 FEB 27   PM 4:00

DISTRICT OF CONNECTICUT
NEW HAVEN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE: HERMANN VANECK                    :        CHAPTER 7
Debtor,                                  :        CASE NO: 15 – 30014

                                         :        RE: ECF NO. 12, 22

                                         :        FEBRUARY 26, 2015

NOTICE OF APPEAL

HERMANN VANECK, the petitioner, appeals under 28 U.S.C. § 158(a) or (b), and such

other Rules as may pertain, from the order and judgment of the bankruptcy judge: *AMENDED*

*ORDER GRANTING DLJ MORTGAGE CAPITAL INC., MOTION FOR EQUITABLE RELIEF*

*AND IN REM ORDER*,  Dated 13 February 2015  [Manning, J.].

The names of all parties to the Judgment, Order, or Decree appealed from and the names,

addresses and (if known) telephone numbers of their respective attorneys are as follows:

"DLJ Mortgage Capital, Inc."
c/o  Linda St. Pierre, Esq.
Hunt, Leibert, Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
860-808-0606
*Attorney for the fictitious corporation "DLJ Mortgage Capital Inc."*

BY THE DEBTOR:

HERMANN VANECK
24 Ebony Lane
Ivoryton CT 06442
(860) 514-5902

Certificate of Service
Service is hereby certified by deposit into the
United States mails, first-class postage prepaid,
Or by hand delivery,
Or by electronic service,  addressed to:

Kara S. Rescia, Esq.
Chapter 7 Trustee
200 North Main Street, East 14
East Longmeadow, MA 01028

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda St. Pierre, Esq.
Hunt, Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120

On 27 February 2015:

Debtor

2