UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | |
| HERMANN JAN VANECK | : CHAPTER 7 |
|     DEBTOR | : CASE NO. 15-30014 |
| | |
| DLJ MORTGAGE CAPITAL INC. | |
|     MOVANT | : RE: ECF NO. 23 |
| VS | |
| HERMANN HAN VANECK, DEBTOR | |
| KARA S. RESCIA, TRUSTEE | : |
|     RESPONDENTS | |

### ORDER VACATING ORDER GRANTING IN REM RELIEF FROM STAY

After notice and hearing held on March 25, 2015, on the above-referenced Debtor's Motion to Reconsider (Doc. No. 28), and for the reasons stated on the record at the hearing; it is hereby

ORDERED: The Motion to Reconsider is granted; and it is further

ORDERED: The Amended Order Granting the Motion for In Rem Relief from Stay dated February 11, 2015 (Doc. No. 23), concerning the real property located at 24 Ebony Lane, Essex, Connecticut, aka 24 Ebony Lane, Ivoryton, Connecticut is hereby vacated; and it is further

ORDERED: This order shall be recorded on the Essex/Ivoryton, Connecticut land records if the Amended Order Granting the Motion for In Rem Relief from Stay was previously recorded on the Essex/Ivoryton, Connecticut land records.

Dated: March 27, 2015                                                              BY THE COURT

*Julie A. Manning*
Julie A. Manning
Chief United States Bankruptcy Judge