UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE:<br>   HERMANN JAN VANECK<br>      DEBTOR | |
| DLJ MORTGAGE CAPITAL INC.,<br>   MOVANT | CHAPTER 7 |
| VS. | CASE NO.: 15-30014 |
| HERMANN JAN VANECK,<br>   DEBTOR | |
| KARA S. RESCIA, TRUSTEE<br>   RESPONDENTS | RE: ECF NO. 12 |

## ORDER GRANTING DLJ MORTGAGE CAPITAL INC., MOTION FOR EQUITABLE RELIEF AND IN REM ORDER

After notice and a hearing held on April 29, 2015 in connection with the Motion for Relief from Stay (ECF NO. 12), and for the reasons stated on the record at the hearing;

**IT IS HEREBY ORDERED** that the automatic stay of 11 U.S.C. § 362(a) in the above-captioned estate is lifted to permit DLJ Mortgage Capital Inc., and/or its successors and assigns to commence and/or continue to prosecute to judgment an ejectment from action and otherwise obtain possession of real property known as 24 Ebony Lane, Essex, Connecticut, a/k/a 24 Ebony Lane, Ivoryton, Connecticut (the "Property"), in accordance with state law; and

**IT IS FURTHER ORDERED** that this Order shall be binding on the Debtor and the record owners of the Property for a period of two (2) years from the date of the entry of this Order. The Order shall be recorded on the Essex/Ivoryton, Connecticut land records. Any

successors or assigns to the property, by deed, mortgage, lien or any other recorded instrument shall take such interest subject to this Order.

Dated: May 5, 2015

BY THE COURT

Julie A. Manning
Chief United States Bankruptcy Judge